FILED

05/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0682

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 23-0682

IN THE MATTER OF THE GUARDIANSHIP
AND CONSERVATORSHIP OF

J.F.R.,

           A Protected Person/Appellant,

**ORDER GRANTING APPELLANT'S
MOTION FOR EXTENSION TO
FILE REPLY BRIEF**

Having reviewed Appellant J.F.R.'s Motion for Extension of Time to File Appellant's Reply Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and her opening brief shall be filed on or before May 20, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2024